FLORENCE T. NAKAKUNI   #2584
United States Attorney
District of Hawaii

BEVERLY WEE SAMESHIMA #2556
Chief, Drug and Organized
Crime Section

CHRIS A. THOMAS        #3514
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:     Chris.Thomas@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 25 2014

at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) MAGIS. No. 14-0278 KSC |
| Plaintiff, | ) CRIMINAL COMPLAINT |
| VS. | ) |
| ROBERT SILVA, and       (01)<br>WILLIAM SASAKI,         (02) | ) |
| Defendants. | ) |

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

On or about March 23, 2014 to and including March 24, 2014, in the District of Hawaii and elsewhere, **WILLIAM SASAKI** and **ROBERT SILVA**, defendants herein, knowingly and intentionally attempted to possess with

intent to distribute fifty (50) grams of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance,

In violation of 21 U.S.C. 841(a)(1), and 841(b)(1)(A).

I further state that I am a DEA Task Force Officer and that this Complaint is based upon the facts set forth in the attached "Affidavit in Support of Criminal Complaint", which is attached hereto and incorporated herein by reference.

Sworn to before me and
Attestation acknowledged,            KYLE ECHIBERI
Pursuant to FRCP 4.1(b)(2):          COMPLAINANT

_____ at Honolulu, Hawaii
DATE & TIME

March 25, 2014
1:37 pm

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

KYLE ECHIBERI, after being duly sworn, deposes and states as follows:

1. I am a Honolulu Police Department (HPD) Officer and am currently assigned to the Hawaii Airport Task Force (HATF), Honolulu International Airport, HI. In this capacity, I am also Federally cross-designated as a DEA Task Force Officer.

2. During the week of March 10, 2014, TFO Grant Jhun received information from a reliable source that William SASAKI, would be transporting methamphetamine to Honolulu, HI. Investigators learned that SASAKI would be arriving in Honolulu, HI on March 23, 2014, at approximately 12:30 pm. TFO Jhun shortly thereafter relayed and corroborated this information with TFO Kyle Echiberi.

3. On or about March 23, 2014, DEA Agents and TFOs assigned to the Hawaii Airport Task Force (HATF) established surveillance at the airport gate where SASAKI was to arrive. Investigators observed SASAKI exit the jetway, and was one of the last to do so.

4. TFO Echiberi and SA William DiTuro approached SASAKI. TFO Echiberi identified himself as a law enforcement officer and asked to speak with SASAKI.

5. SASAKI gave verbal permission to have his luggage searched. During the search of one of SASAKI's roll-away luggage, investigators found several bags of a white crystal-like substance resembling methamphetamine. A presumptive field test on the substance yielded positive results for methamphetamine. The total weight of suspected methamphetamine contained in SASAKI's luggage was in excess of 500 grams.

7. SASAKI was advised of his Miranda Warnings. SASAKI waived his rights and agreed to speak with investigators. SASAKI said he received money from an unidentified local male approximately 5'10" tall who drove either a gray Toyota Tacoma or a white Toyota 4-Runner to pick up the drugs. After SASAKI picked up the drugs from the mainland he was to deliver the drugs to the same unidentified male. SASAKI said he would meet the male at the Kahului, Maui CostCo parking lot. SASAKI stated that he would get paid for doing this, and that the drugs he was picking up was either cocaine or crystal methamphetamine.

8. After picking up the drugs on the mainland, SASAKI sent a text message from his cellular phone to the male indicating that he would be arriving tomorrow (Monday). SASAKI also placed a consensually monitored phone call to the male as witnessed by TFO Echiberi and SA DiTuro. During the call, SASAKI indicated to the male he would be arriving into Maui tomorrow (March 24, 2014).

9. On or about March 24, 2014, Agents and TFOs assigned to HATF and Department of Homeland Security HSI arrived on Maui with SASAKI and met with Officers assigned to the Maui PD Vice Narcotics Division. SASAKI placed a consensually monitored call to the male as witnessed by TFOs Echiberi and Darren Lee. SASAKI indicated to the male he would be arriving into Kahului and would meet with him shortly thereafter.

10. Investigators established surveillance at the CostCo parking lot in anticipation of the meeting between SASAKI and the male. SASAKI was given several pounds of pseudo methamphetamine within a backpack and SASAKI was outfitted with a transmitter device.

11. Later that afternoon, investigators observed a white Toyota 4-Runner arrive into the CostCo parking lot and park next to SASAKI's vehicle. SA Patrick Wong observed the driver's door of SASAKI's vehicle open and could hear SASAKI speaking to another male. Moments later, as the 4-Runner began departing from SASAKI's vehicle, investigators moved in, stopped the vehicle, and detained the male, identified as Robert SILVA. The bag containing the pseudo-methamphetamine was found in the passenger seat of SILVA's 4-Runner.

12. SILVA was transported to the Maui PD, Wailuku station. SILVA was advised of his Miranda warnings. SILVA waived his rights and agreed to speak with investigators. SILVA stated that he met up with SASAKI on Friday, March 21, 2014 to give him money. The money was for SASAKI to purchase crystal methamphetamine from SILVA's contact on the mainland. SASAKI was to deliver the crystal methamphetamine back to SILVA when he returned from the mainland on March 23, 2014. SILVA stated that he would then drop off the crystal methamphetamine to another male. SILVA stated that he was to get paid about $10,000.00 for this transaction.

//

//

FURTHER AFFIANT SAYETH NAUGHT.

_____
KYLE ECHIBERI
Task Force Officer, DEA

This Criminal Complaint and Affidavit in support thereof were presented to, approved by, and probable cause to believe that the defendant above-named committed the charged crime found to exist by the undersigned Judicial Officer on the date and at the time set forth below.

Sworn to Before Me, and
Attestation acknowledged
Pursuant to FRCP 4.1(b)(2)

at Honolulu, Hawaii.

_____
The Honorable KEVIN S.C. CHANG
DATE & TIME:
March 25, 2014  1:37 p.m.

5